B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: Robin Cheryl Klein aka Robin Klein      Case No. 11-35505
TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Deutsche Bank National Trust Company</u>
C/O OCWEN LOAN SERVICING, LLC

American Home Mortgage Servicing, Inc.
Bankruptcy Department
1525 S. Beltline Road Suite 100 North
Coppell, TX 75019

Name of Transferee
Name and Address where notices to transferee
Should be sent:
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409

Name of Transferor
Court Claim # (if known): 12-1
Amount of Claim: $ 430648.93
Date Claim Filed: 12/30/2011

Phone: ___1-888-554-6599___
Last Four Digits of Acct #: __8702__

Phone: __NA__
Last Four Digits of Acct. #: __2032__

Name and Address where transferee payments
Should be sent (if different from above):
Ocwen Loan Servicing, LLC
Attn: Cashiering Department
P.O. Box 24781
West Palm Beach, FL 33416-4781

Phone: ___1-888-554-6599___
Last Four Digits of Acct #: __8702__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Kellen Palumbo  Date: __8/13/13__
    Transferee/Transferee's Agent  Contract Management Coordinator

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

LIMITED POWER OF ATTORNEY

2731

KNOW ALL MEN BY THESE PRESENTS, that Deutsche Bank National Trust Company, a national banking association organized and existing under the laws of the United States, and having its usual place of business at 1761 East St. Andrew Place, Santa Ana, California, 92705, as Trustee (the "Trustee") pursuant to that Pooling and Servicing Agreement (the "Agreements") listed on the attached Exhibit hereby constitutes and appoints Homeward Residential, Inc. f/k/a American Home Mortgage Servicing Inc. as Servicer (the "Servicer") hereby constitutes and appoints the Servicer, by and through the Servicer's officers, the Trustee's true, true and lawful Attorney-in-Fact, in the Trustee's name, place and stead and for the Trustee's benefit, in connection with all mortgage loans serviced by the Servicer pursuant to the Agreement solely for the purpose of performing such acts and executing such documents in the name of the Trustee necessary and appropriate to effectuate the following enumerated transactions in respect of any of the mortgages or deeds of trust (the "Mortgages" and the "Deeds of Trust" respectively) and promissory notes secured thereby (the "Mortgage Notes") for which the undersigned is acting as Trustee for various certificateholders (whether the undersigned is named therein as mortgagee or beneficiary or has become mortgagee by virtue of endorsement of the Mortgage Note secured by any such Mortgage or Deed of Trust) and for which Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. is acting as the Servicer.

This Appointment shall apply only to the following enumerated transactions and nothing herein or in the Agreement shall be construed to the contrary:

1. The modification or re-recording of a Mortgage or Deed of Trust, where said modification or re-recording is solely for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued; provided that (i) said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured and (ii) otherwise conforms to the provisions of the Agreement.

2. The subordination of the lien of a Mortgage or Deed of Trust to an easement in favor of a public utility company of a government agency or unit with powers of eminent domain; this section shall include, without limitation, the execution of partial satisfactions/releases, partial reconveyances or the execution or requests to trustees to accomplish same.

3. The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to real estate owned.

4. The completion of loan assumption agreements.

5. The full satisfaction/release of a Mortgage or Deed of Trust or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

6. The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby.

7.  The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

8.  With respect to a Mortgage or Deed of Trust and the property or properties encumbered thereby, the taking of a deed in lieu of foreclosure, or the initiation, prosecution and completion of judicial or non-judicial foreclosure or the termination, cancellation or rescission of any such foreclosure, the initiation, prosecution and completion of eviction actions or proceedings, or the termination, cancellation or rescission of any such eviction actions or proceedings, including, without limitation, any and all of the following acts:

    a.  the substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

    b.  the preparation and issuance of statements of breach or non-performance;

    c.  the preparation and filing of notices of default and/or notices of sale;

    d.  the cancellation/rescission of notices of default and/or notices of sale;

    e.  the taking of deed in lieu of foreclosure;

    f.  the preparation and service of notices to quit and all other documents necessary to initiate, prosecute and complete evictions actions or proceedings; and

    g.  the preparation and execution of such other documents and performance of such other actions as may be necessary under the terms of the Mortgage, Deed of Trust or state law to expeditiously complete said transactions in paragraphs 8.a. through 8.e.

9.  With respect to the sale of property acquired through a foreclosure or deed-in lieu of foreclosure, including, without limitation, the execution of the following documentation:
    a.  listing agreements;
    b.  purchase and sale agreements;
    c.  grant/warranty/quit claim deeds or any other deed causing the transfer of title of the property to a party contracted to purchase same;
    d.  escrow instructions; and
    e.  any and all documents necessary to effect the transfer of property.

10. The modification or amendment of escrow agreements established for repairs to the mortgaged property or reserves for replacement of personal property.

The undersigned gives said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby does ratify and confirm to all that said Attorney-in-Fact shall be effective as of June 26, 2012.

2

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and it is not to be construed as a general power of attorney.

Nothing contained herein shall (i) limit in any manner any indemnification provided by the Servicer to the Trustee under the Agreement, or (ii) be construed to grant the Servicer the power to initiate or defend any suit, litigation or proceeding in the name of Deutsche Bank National Trust Company except as specifically provided for herein. If the Servicer receives any notice of suit, litigation or proceeding in the name of Deutsche Bank National Trust Company or Bankers Trust Company of California, N.A., then the Servicer shall promptly forward a copy of same to the Trustee.

This limited power of attorney is not intended to extend the powers granted to the Servicer under the Agreement or to allow the Servicer to take any action with respect to Mortgages, Deeds of Trust or Mortgage Notes not authorized by the Agreement.

The Servicer hereby agrees to indemnify and hold the Trustee and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Servicer of the powers granted to it hereunder. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the Agreement or the earlier resignation or removal of the Trustee under the Agreement.

This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York, without regard to conflicts of law principles of such state.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney; and may be satisfied that this Limited Power of Attorney shall continue in full force and effect and has not been revoked unless an instrument of revocation has been made in writing by the undersigned.

IN WITNESS WHEREOF, Deutsche Bank National Trust Company, as Trustee has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this 13th day of July 2012.

>Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee

By: _____
Name: Ronaldo Reyes
Title: Vice President

Prepared By:
_____
Name: Gisselle Picard

Witness:

_____
Cindy Lai

Witness:

_____
Jenny Pil___

State of California}
County of Orange}

On July 13, 2012 before me, Jerome Jackson Notary Public, personally appeared Ronaldo Reyes who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Notary signature

JEROME JACKSON
Commission # 1836222
Notary Public - California
Orange County
My Comm. Expires Feb 13, 2013

4

**Exhibit A**

1. **American Home Mortgage Asset Trust 2005-1**, dated October 1, 2005, among American Home Mortgage Assets LLC, as Company, American Home Mortgage Servicing, Inc., as Servicer, Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company as Trustee.

2. **American Home Mortgage Asset Trust 2006-1**, dated May 1, 2006, among American Home Mortgage Assets LLC, as Company, American Home Mortgage Servicing, Inc., as Servicer, Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee.

3. **American Home Mortgage Asset Trust 2006-2**, dated June 1, 2006, among American Home Mortgage Assets LLC, as Company, American Home Mortgage Servicing, Inc., as Servicer, Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee.

4. **American Home Mortgage Asset Trust 2006-5**, dated September 1, 2006, among American Home Mortgage Assets LLC, as Depositor, American Home Mortgage Servicing, Inc., as Servicer, Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee.

5. **American Home Mortgage Asset Trust 2006-6**, dated October 1, 2006, among American Home Mortgage Assets LLC, as Depositor, Wells Fargo Bank, N.A., as Master Servicer, and Securities Administrator, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Trustee.

6. **American Home Mortgage Asset Trust 2007-1**, dated January 1, 2007 among American Home Mortgage Assets LLC as Depositor, American Home Mortgage Servicing, Inc., as Servicer, Wells Fargo Bank, N.A., as Master Servicer, and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee.

7. **American Home Mortgage Asset Trust 2007-2**, dated February 1, 2007, among American Home Mortgage Assets LLC, as Depostior, American Home Mortgage Servicing, Inc., as Servicer, Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee.

8. **American Home Mortgage Asset Trust 2007-3**, dated May 1, 2007, among American Home Mortgage Assets LLC, as Depositor, Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Trustee.

9. **American Home Mortgage Asset Trust 2007-4**, dated May 1, 2007, among American Home Mortgage Assets LLC, as Depositor, Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Trustee.

10. **American Home Mortgage Asset Trust 2007-5**, dated June 1, 2007, among American Home Mortgage Assets LLC, as Depositor, Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Trustee.

5

11. **American Home Mortgage Investment Trust 2005-1**, dated March 23, 2005, among American Home Mortgage Investment Trust 2005-1, as Issuer, American Home Mortgage Servicing, Inc., as Servicer, Deutsche Bank National Trust Company, as Indenture Trustee, and Wells Fargo Bank, N.A., as Securities Administrator and Master Servicer.

12. **American Home Mortgage Investment Trust 2005-2**, dated June 22, 2005, among American Home Mortgage Investment Trust 2005-2, as Issuer, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Servicing, Inc., as Servicer, and Wells Fargo Bank, N.A., as Securities Administrator and Master Servicer.

13. **American Home Mortgage Investment Trust 2005-3**, dated Setpember 20, 2005, among American Home Mortgage Investment Trust 2005-3, as Issuer, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Servicing, Inc., as Servicer, and Wells Fargo Bank, N.A., as Securities Administrator and Master Servicer.

14. **American Home Mortgage Asset Trust 2005-2**, dated December 1, 2005, among American Home Mortgage Assets LLC, as Depositor, Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Trustee.

15. **American Home Mortgage Investment Trust 2005-SD1**, dated December 28, 2005, among Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, American Home Mortgage Investment Trust 2005-SD1, as Isser, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.

16. **American Home Mortgage Investment Trust 2006-1**, dated March 29, 2006, among Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, American Home Mortgage Investment Trust 2006-1, as Issuing Entity, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.

17. **American Home Mortgage Investment Trust 2007-A**, dated March 13, 2007, among American Home Mortgage Investment Trust 2007-A, as Issuing Entity, American Home Mortgage Servicing, Inc., as Servicer, Deutsche Bank National Trust Company, as Indenture Trustee, and Wells Fargo Bank, N.A., as Securities Administrator.

18. **American Home Mortgage Investment Trust 2006-3**, dated December 28, 2006, among Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator, American Home Mortgage Investment Trust 2006-3, as Issuing Entity, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.

19. **American Home Mortgage Investment Trust 2007-SD1**, dated March 13, 2007, among American Home Mortgage Assets Trust 2007-SD2, as Issuing Entity, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Servicing, Inc., as Servicer, and Wells Fargo Bank, N.A. as Securities Administrator.

20. **American Home Mortgage Investment Trust 2007-2**, dated April 20, 2007, among Wells Fargo Bank, N.A. as Master Servicer and Securities Administrator, American Home Mortgage Investment Trust 2007-2, as Issuing Entity, American Home Mortgage Acceptance, Inc., as Sponsor, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.

21. **American Home Mortgage Investment Trust 2007-1**, dated March 30, 2007, among Wells Fargo Bank, N.A., as Master Servicer and Securities Administrator, American Home Mortgage Investment Trust 2007-1, as Issuing Entity, American Home Mortgage Servicing, Inc., as Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.

Case 11-35505-pcm13    Doc 49    Filed 08/13/13

22. **American Home Mortgage Asset Trust 2007-SD2** dated May 15, 2007, among American Home Mortgage Assets Trust 2007-SD2, as Issuing Entity, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Servicing, Inc., as Servicer, and Wells Fargo Bank, N.A. as Securities Administrator.

23. **American Home Mortgage Investment Trust 2006-2** Dated June 30, 2006, among American Mortgage Investment Trust 2006-2, as Issuing Entity, Deutsche Bank Trust Company Americas, as Indenture Trustee, American Home Mortgage Servicing, Inc., as Servicer, and Wells Fargo Bank, N.A., as Securities Administrator.

24. **American Home Mortgage Assets Trust 2006-6**, dated October 1, 2006, among American Home Mortgage Assets LLC, as Depositor, Wells Fargo Bank, N.A., as Master Servicer and as Securities Administrator, and Deutsche Bank National Trust Company, as Trustee.