UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re )
) Case No. 11-35505-PCM13
ROBIN C KLEIN )
) TRUSTEE'S MOTION TO DISMISS
) FOR FAILURE TO COMPLETE PLAN
) WITHIN SIXTY (60) MONTHS
Debtor(s). )
)

Wayne Godare, Standing Chapter 13 Trustee ("Trustee"), moves this Court for an order dismissing this case due to the failure of Debtor(s) to complete the plan within the sixty-month limit as required by 11 U.S.C. § 1322(d). The sixtieth plan payment is due in <u>June 2016</u>.

The plan appeared feasible at the time of confirmation. However, Debtor(s) failed to:

\_\_\_ pay to the Trustee all required plan payments

\_\_\_ pay to the Trustee all tax refunds as required by plan ¶1(c)

\_\_\_ provide the Trustee copies of tax returns for tax year(s) _____

\_\_\_ pay to the Trustee additional income as required by plan ¶\_\_\_

**X** sell or refinance an interest in real property by <u>July 24, 2014</u>

The amount necessary to pay off the case is approximately <u>$18,010</u>. If there are no further attorney fees, it will take <u>46</u> more months to complete the plan at the current plan payment of <u>$400</u>.

The Trustee requests the Court dismiss this case since the plan will not complete within the maximum sixty-month limit. The Trustee requests the Court set a hearing on this Motion.

Dated: <u>June 29, 2016</u>                    /s/ *Wayne Godare*
                                              Standing Chapter 13 Trustee

I certify that on <u>June 29, 2016</u>, copies of this Motion were served on Debtor(s) via first class mail, at the address listed in the Court records, and on the attorney for Debtor(s) electronically via ECF.

                                              /s/ *Wayne Godare*
                                              Standing Chapter 13 Trustee